STATE, Respondent, v. SCHULTZ, Appellant.

(223 N. W. 216.)

(File No. 6334. Opinion filed January 26, 1929.)

T. M. Bailey, of Sioux Falls, and Alan Bogue, of Parker, for Appellant.

J. D. Coon, of Sioux Falls, C. V. Caldwell, of Los Angeles, Cal., and Buell F. Jones, of Britton, for Respondent.

BURCH, J. This case is before us on rehearing, the former opinion being reported in 217 N. W. 213. After reargument and

further careful consideration of the case, we adhere to our former opinion.

SHERWOOD, P. J., and POLLEY and BROWN, JJ., concur.

CAMPBELL, J. (dissenting). After reargument and further careful consideration of the case, I also adhere to my former opinion. I still dissent.